UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ULYSSES HILL, JR.,

Plaintiff,

Case No. 25-cv-13383
Hon. Matthew F. Leitman

v.

EQUIFAX INFORMATION SERVICES, LLC,

Defendant.

______________________________________________________________________/

**ORDER GRANTING IN PART AND DENYING IN PART DEFENDANT'S MOTION TO DISMISS (ECF No. 6)**

On July 31, 2026, the Court held a remote hearing on Defendant Equifax Information Services, LLC's Motion to Dismiss (ECF No. 6). For the reasons stated on the record, the motion is **GRANTED IN PART** and **DENIED IN PART** as follows. It is **GRANTED** insofar as it seeks to dismiss Count II of Plaintiff's Complaint (ECF No. 1), which alleges a willful violation of the Fair Credit Reporting Act. It is **DENIED** insofar as it seeks dismissal of Count I of Plaintiff's Complaint (ECF No. 1).

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: July 31, 2026

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on July 31, 2026, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126